NTF
Rev. 11/07

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Ruth Blanca Solorio**
 2563 D. Navarra Drive
Carlsbad, CA 92009
xxx–xx–5161
*No Known Aliases*

Case number:  11–02070–LT7
Chapter:  7
Judge  Laura S. Taylor

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **33** filed on: **4/6/11**    Title of Document: **Notice of Objections to Debtor's Claim of Exemptions and Opportunity for Hearing**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

**ACTION TAKEN BY COURT**

☑ Aty/Debtor(Pro Se)/Movant contacted on **4/6/11**    via  ☐ Tel/Voice Mail    ☐ Email  ☑ Mail or Other

**Other action––See OTHER section below.**

**ACTION REQUIRED BY FILER**

**Other action––See OTHER section below.**

**OTHER:** **Certificate of Service is not signed.**

Dated: 4/6/11

Barry K. Lander
Clerk of the Bankruptcy Court